| Date | Pleading Number | |
|---|---|---|
| 12/16/70 | | ORDER TO SHOW CAUSE. (A-1 thru A-20). Sent to involved judges, and counsel. |
| 12/21/70 | | HEARING ORDER Entered. Sent to Judges and Hearing Clerk |
| * | | NOTICE OF HEARING Mailed to Counsel Jan 22, 1971 SFRAN |
| 12/23/70 | | Extension of Time Filed. Extending to 1/13/71 for all parties to respond to SCO. Extension requested by Def. G. D. Searle & Co. Mailed to All Counsel. |
| 12/30/70 | 1. | Response of pltf. Marvene A. Seyfang (Ohio, S., No. 3683) |
| 12/30/70 | 2. | Response of pltf. Harry Seyfang (Ohio, S., No. 3684) |
| 1/5/71 | 3. | Response of Pltf. Sandra Jane Pennanen & Allan Pennanen |
| 1/7/71 | 4. | Response of G.D. Searle & Co. (Def.) |
| 1/11/71 | 5. | Supplemental Response of G.D. Searle & Co. (All Cases) |
| 1/11/71 | 6. | Response of G.D. Searle & Co. (5 S.D. Ohio Cases) |
| *12/23/70 | | Ltr requesting extension of time from G.D. Searle Def. also designation of attorney to appear befor the Panel |
| 1/11/71 | 7. | Response of Mead Johnson Laboratories |
| 1/13/71 | 8 | Response of Tabatchnick and Gray (P's) (N.J.) |
| 1/13/71 | 9. | Response of G.D. Searle (R.I. defendants) |
| 1/13/71 | 10. | Response of Oresman |
| 1/13/71 | 11. | Response of G.D. Searle (Kansas Defendant) |
| 1/13/71 | 12. | Response of G.D. Searle (E.D. Calif. Defendant) |
| 1/13/71 | 13 | Response of G.D. Searle & Co. (W.D. Texas Defendant) |
| 1/13/71 | 14 | Response of G.D. Searle & Co. (Nebraska Defendant) Civ. 03153 |
| 1/13/71 | 15 | Response of G.D. Searle & Co. (Nebraska Defendant) Civ. 03602 |
| 1/14/71 | 16 | Response of Gary L. Hancock (P) |
| 1/14/71 | 17. | Response of McCartney (P) |
| 1/14/71 | 18. | Response of Ortho Pharmaceutical Corp. (D) |
| 1/15/71 | 19. | Response of G.D. Searle & Co. (E.D. Michigan Defendant) |
| 1/15/71 | 20 | Response of G.D. Searle & Co. (D. of New Jersey)Defendant |
| 1/18/71 | 21 | Supplementary Response of Meade Johnson Laboratories (D) |
| 1/21/71 | 22 | Response of Syntex Laboratories (D) (N.J. Civ. Action No. 758-70) |
| 1/21/71 | | Certificate of Service for Pleading No. 8 |
| 1/21/71 | 23 | Response of Parke Davis & Co. (D) |
| 2/18/71 | | OPINION AND ORDER (Per Curiam) Denying Transfer |

OPINION AND ORDER OF FEB. 18, 1971 - 322 F. Supp. 1011

DOCKET NO. 62

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE ORAL CONTRACEPTIVES PRODUCTS LIABILITY LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Audrey L. Brush & James Brush v. G. D. Searle & Co. | E.D. Cal. Civ. S-1644 | Wilkins | | |
| A-2 | Consuelo Ramirez & Juan Ramirez v. G. D. Searle & Co., et al. | E.D. Cal. Civ. S-1764 | Wilkins | | |
| A-3 | Patricia Carter McCoy & Freddie McCoy v. G. D. Searle & Co. | E.D. Cal. Civ. S-1771 | Wilkins | | |
| A-4 | Norbert W. St. Martin, etc. v. G. D. Searle & Co. (Est. of Phyllis Seaton) | Conn. 13909 | Zampano | | |
| A-5 | Ruth Jean Olsen v. G. D. Searle & Co. | Conn. B-138 | Timbers | | |
| A-6 | Cynthia O'Hara v. G. D. Searle & Co. | Conn. B-155 | Timbers | | |
| A-7 | Amelia Ramsey v. G. D. Searle & Co. | Kansas W-4206 | Brown | | |
| A-8 | Sandra Jane Pennanen & Allan Pennanen v. G.D. Searle & Co. | E.D. Mich. 30765 | Gubow | | |
| A-9 | Rosemary Fitzpatrck & James Fitzpatrick v. G. D. Searle & Co. | E.D. Mich. 35325 | Kaess | | |
| A-10 | Juanita Jo McCartney v. G. D. Searle & Co. | Nebraska Civ. 03153 | Robinson | | |
| A-11 | Nancy J. Searcy v. G.D. Searle & Co. | Nebraska Civ. 03602 | Robinson ~~Delehant~~ | | |
| A-12 | Marilyn Tabatchnick & Jay Tabatchnick v. G. D. Searle & Co., et al. | New Jersey 758-70 | Coolahan | | |
| A-13 | Willie Gray, Sr., etc. v. G. D. Searle & Co., et al. | New Jersey 1133-70 | Whipple | | |
| A-14 | Edward F. Urban & Camille C. Urban v. G. D. Searle & Co. | N.Y., W. Civ-1970-39 | N/A | | |
| A-15 | Edward C. Cranford & Beverly Cranford v. G. D. Searle & Co., et al. | N.Y., W. Civ-1970-195 | N/A | | |

DOCKET NO. 62

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

IN RE ORAL CONTRACEPTIVES PRODUCTS LIABILITY LITIGATION

*Transfer Denied - 2/18/71*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-16 | Harry Seyfang v. G. D. Searle & Co., et al. | S.D. Ohio Civil 3684 | Weinman | | |
| A-17 | Marvene A. Seyfang v. G. D. Searle & Co., et al. | S.D. Ohio Civil 3683 | Weinman | | |
| A-18 | Sadie Hotchkiss v. G. D. Searle & Co. | S.D. Ohio Civil 7205 | Hogan | | |
| A-19 | Sandra Oresman & Richard Oresman v. G. D. Searle & Co. | Rhode Island Civil 4255 | Day | | |
| A-20 | Gary L. Hancock & Nancy Hancock v. G. D. Searle & Co. | W.D. Texas SA 70 CA 130 | Spears | | |
| B-1 | Lillian Brice, Samuel Brice v. G. D. Searle & Co. | S.D. Ohio 7749 | Hogan | | |
| B-2 | Helen Hurst v. G. D. Searle & Co. | W.D. N.Y. Civ-1969-206 | | | |
| B-3 | Ward Drew & Cynthia J. Drew v. G. D. Searle & Co. | W.D. N.Y. Civ-1969-192 | | | |
| B-4 | | | | | |
| B-5 | | *S.D.N.Y 70 CH 342 To Pough* | | | |
| B-6 | Marie Trafford v. G. D. Searle & Co. | Rhode Island 4450 | | | |

p. 1

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 62 -- IN RE ORAL ONCTRACEPTIVES PRODUCTS LIABILITY LITIGATION

| Plaintiff | Defendant |
|---|---|
| AUDREY L. BRUSH & JAMES BRUSH: CONSEULO RAMIREZ & JUAN RAMIREZ: PATRICIA CARTER McCOY & FREDDIE McCOY<br>    Rodney A. Klein, Esquire<br>    Fields & Klein<br>    701 F Street, Suite 240<br>    Sacramento, California  95814<br><br>NORBERT W. ST. MARTIN, ETC.<br>    Robert B. Cohen, Esquire<br>    Wilson, Asbel & Channin<br>    100 Constitutiona Plaza<br>    Hartford, Connecticut  06103<br><br>RUTH JEAN OLSEN: CYNTHIA O'HARA<br>    Theodore I. Koskoff, Esquire<br>    1241 Main Street<br>    Bridgeport, Connecticut  06603<br><br>AMELIA RAMSEY<br>    Bradley Post, Esquire<br>    Michaud & Cranmer<br>    Suite 201, Beacon Buildng<br>    114 South Main<br>    Wichita, Kansas  67202<br><br>SANDRA JANE PENNANEN & ALLAN PENNANEN<br>    George R. Lewis, Esquire<br>    Hibbs and Lewis<br>    Post Office Box 5242<br>    Grosse Pointe, Michigan  48236<br><br>ROSEMARY FITZPATRICK & JAMES FITZPATRICK<br>    Saul M. Leach, Esquire<br>    Maile, Leach & Schreier<br>    3025 Cadillac Tower<br>    Detroit, Michigan  48226<br><br>JUANITA JO McCARTNEY<br>    Peter E. Marchetti, Esquire<br>    Nelson, Harding, Mrchetti, Leonard & Tate<br>    515 Executive Building<br>    P.O. Box 1476, Downtown Station<br>    Omaha, Nebraska  68101 | G. D. SEARLE & CO.<br>    William B. Richmond, Esquire<br>    Sidley and Austin<br>    One First National Plaza<br>    Chicago, Illinois  60670<br><br>MEAD JOHNSON<br>    Scott Conley, Esquire<br>    Sedgwick, Detert, Moran & Arnold<br>    111 Pine Street, 11th Floor<br>    San Francisco, California  94111<br><br>ORTHO PHARMACEUTICAL CORPORATION<br>    Walter A. Bates, Esquire<br>    Arter and Hadden<br>    1144 Union Commerce Building<br>    Cleveland, Ohio  44115<br><br>PARK, DAVIS & CO.<br>    Fitzwilliam, Memering, Stumlias & Demers<br>    708 Tenth Street<br>    Sacramento, California  95814<br><br>SYNTEX LABORATORIES, INC.<br>    Lamb, Blake, Hutchinson & Dunne<br>    70 Sip Avenue<br>    Jersey City, New Jersey  07306<br><br>PLANNED PARENTHOOD OF NEW YORK CITY, INC<br>    James and Addas<br>    26 Journal Square<br>    Jersey City, New Jersey  07306<br><br>PLANNED PARENTS ASSOCIATION OF INCINNATI<br>2406 Auburn Avenue<br>Cincinnati, Ohio |

| Plaintiff | Defendant |
|---|---|
| NANCY J. SEARCY LAWRENCE J. Corrigan, Esq.<br>Corrigan, Down & Naviauz<br>617 Omaha Building<br>Omaha, Nebraska 68102 | |
| MARILYN TABATCHNICK & JAY TABATCHNICK<br>Stuart A. Schlesinger, Esquire<br>Julien, Glaser, Blitz & Schlesinger<br>2 Lafayette Street<br>New York, New York 10007 | |
| WILLIE GRAY, SR., ETC.<br>Irvin L. Solondz, Esquire<br>790 Broad Street<br>Newark, New Jersey | |
| EDWARD F. URBAN & CAMILE C. URBAN:<br>EDWARD C. CRANFORD & BEVERLY CRANFORD<br>David Mark Wexler, Esquire<br>88 Lexington Avenue<br>Buffalo, New York 14222 | |
| HARRY SEYFANG: MARVENE A. SEYFANG<br>James C. Baggott, Esquire<br>834 Third National Building<br>Dayton, Ohio | |
| SADIE HOTCHKISS<br>Thomas F. Lazaron, Esquire<br>918 First National Bank<br>Cincinnati, Ohio 45202 | |
| SANDRA ORESMAN & RICHARD ORESMAN<br>Alan T. Dworkin, Esquire<br>Aisenberg, Decof & Dworkin<br>809 Industrial Bank Building<br>Providence, Rhode Island 02903 | |
| GARY L. HANCOCK & NANCY HANCOCK<br>James D. Cunningham, Esquire<br>Watts and Patterson<br>Post Office Box 1031<br>Odessa, Texas 79760 | |

DOCKET NO. 62

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE ORAL CONTRACEPTIVES PRODUCTS LIABILITY LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1<br>A-2<br>A-3 | Rodney A. Klein, Esq. ~~Wallace J. Smith, Esquire~~<br>Fields & Klein<br>901 F Street, Suite 240<br>Sacramento, California 95814 | McCutchen, Black, Verlige & Shea<br>615 S. Flower Street, Suite 1111<br>Los Angeles, California 90017<br><br>Fitzwilliam, Memering, Stumlias & DeMers<br>708 10th Street (Parke<br>Sacramento, California 95814 (Davis-A-2) |
| A-4 | Robert B. Cohen, Esquire<br>Wilson, Asbel & Channin<br>100 Constitution Plaza<br>Hartford, Connecticut 06103 | Henry J. Lyons, Esquire<br>Pullman, Comley, Bradley & Reeves<br>855 Main Street<br>Bridgeport, Connecticut 06603 |
| A-5 | Theodore I. Koskoff, Esquire<br>1241 Main Street<br>Bridgeport, Connecticut 06603 | Same as A-4 above; |
| A-6 | Same as A-5 above | Same as A-4 above |
| A-7 | Bradley Post, Esquire<br>Michaud and Cranmer<br>Suite 201, Beacon Building<br>Wichita, Kansas 67202 | Robert C. Foulston, Esquire<br>Foulston, Siefkin, Powers & Eberhardt<br>600 Fourth National Bank Bldg.<br>Wichita, Kansas 67202 |
| A-8 | George R. Lewis, Esquire<br>~~Nancy~~ Hibbs & ~~Cahill~~ *Tracy*<br>~~18545 E. Warren Avenue~~ P.O. Box 5???<br>Detroit, Michigan 48236 | ~~Vandeveer,~~ Doelle, Garzia, Tonkin & Kerr<br>3250 Guardian Building<br>Detroit, Michigan |
| A-9 | Saul M. Leach, Esquire<br>Maile, Leach & Schreier<br>3025 Cadillac Tower<br>Detroit, Michigan 48226 | Jeppha W. Schureman, Esq.<br>2230 1st National Bank Building<br>Detroit, Michigan 48226 |
| A-10 | PETER E. MARCHETTI<br>Nelson, Harding, Marchetti & Tate<br>~~605 S. 14th Street~~ 515 Executive Bldg,<br>Post Office Box ~~2028~~ 1476, Downtown Stn.<br>~~Lincoln,~~ Nebraska 28101<br>Omaha | Cassem, Tierney, Adams & Henatsch<br>400 City National Bank Building<br>Omaha, Nebraska |
| A-11 | Corrigan, Dowd & Naviauz<br>617 Omaha Building<br>Omaha, Nebraska 68102 | Charles F. Gotch, Esquire<br>400 City National Bank Bldg.<br>Omahan, Nebraska |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-12 | Stuart A. Schlesinger, Esquire<br>Julien, Glaser, Blitz & Schlesinger<br>2 Lafayette Street<br>New York, New York 10007 | (SEARLE)<br>Gleeson, Hansen & Pantages<br>1180 Raymond Blvd.<br>Newark, New Jersey<br>(SYNTEX)<br>Lamb, Blake, Hutchinson & Dunne<br>70 Sip Avenue<br>Jersey City, New Jersey 07306 |
| A-13 | Irvin L. Solondz, Esquire<br>790 Broad Street<br>Newark, New Jersey | (SEARLE)<br>Same as A-12 above (Gleeson firm)<br>(PLANNED PARENTHOOD)<br>James & Addas<br>26 Journal Square<br>Jersey City, New Jersey 07306 |
| A-14 | David Mark Wexler, Esquire<br>1776 Statler Hilton Hotel<br>Buffalo, New York 14202 | John E. Leach, Esquire<br>Brown, Kelly, Turner, Hassett & Leach<br>700 Niagara Frontier Building<br>Buffalo, New York 14202 |
| A-15 | Same as A-14 above (Wexler) | Same as A-14 above (Leach); also<br>(MEAD JOHNSON)<br>Meyer, Fix, Esquire<br>Fix, Spindelman, Turk & Himelein<br>155 West Main Street<br>Rochester, New York 14614 |
| A-16 | James C. Baggott, Esquire<br>834 Third National Building<br>Dayton, Ohio | ORTHO PHARMACEUTICAL<br>Walter A. Bates, Esquire<br>Arter & Hadden<br>1144 Union Commerce Bdlg.<br>Cleveland, Ohio 44115<br>Stanley A. Freeman, Esquire<br>Smith & Schnacke<br>390 Talbott Tower<br>Dayton, Ohio 45420<br>G. D. SEARLE & CO.<br>David C. Greer, Esquire<br>Bieser, Greet & Landis<br>8 N. Main Street<br>Dayton, Ohio |
| A-17 | Same as A-16 above | Same as A-16 above |
| A-18 | Thomas F. Lazaron, Esquire<br>918 First National Bank<br>Cincinnati, Ohio 45202 | Same as A-16 above (Greer)<br>PLANNED PARENTS ASSN. OF CINCINNATI<br>2406 Auburn Avenue<br>Cincinnati, Ohio<br>PLANNED PARENTHOOD ASSN. OF CINCINNATI<br>George W. Weber, Jr., Esquire<br>700 Atlas Bank Building<br>Cincinnati, Ohio |

DOCKET NO. 62

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

IN RE ORAL CONTRACEPTIVES PRODUCTS LIABILITY LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-19 | Alan T. Dworkin, Esquire<br>Aisenberg, Decof & Dworkin<br>809 Industrial Bank Building<br>Providence, Rhode Island | Thomas D. Gidley, Esquire<br>Hinckley, Allen, Salisbury & Parsons<br>2200 Industrial Bank Building<br>Providence, Rhode Island 02903 |
| A-20 | Alfonso Chapa, Esquire<br>Suite 516, Maverick Building<br>San Antonio, Texas 78206<br><br>James D. Cunningham, Esquire<br>Watts, Cunningham & Patterson<br>403 North Texas Street<br>Odessa, Texas | John H. Wood, Jr., Esquire<br>Beckmann, Stanard, Wood & Keene<br>1503 N B C Building<br>San Antonio, Texas<br><br>G. D. SEARLE & CO. (Gen. Csl.)<br>William B. Richmond, Esquire<br>Sidley and Austin<br>One First National Plaza<br>Chicago, Illinois 60670<br><br>* MEAD JOHNSON<br>Scott Conley, Esquire<br>Sedgwick, Detert, Moran & Arnold<br>111 Pine Street<br>San Francisco, California 94111 |
| B-1 | Robert L. Bucciere, Esquire<br>Bucciere, McNally, Panioto, Ihrig & Albanese<br>2400 Carew Tower<br>Cincinnati, Ohio 45202 | |
| B-2 | Paul Shatkin, Esquire<br>409 Brisbane Building<br>Buffalo, New York 14203 | Roy P. Ohlin, Esquire<br>Ohlin, Damon, Morey, Sawyer & M-ot<br>1800 Liberty Bank Building<br>Buffalo, New York 14202 |
| B-3 | Same as A-14 above (Wexler) | Same as A-14 above (Leach) |

| No. | Plaintiff | Defendant |
|---|---|---|
| B-6 | Bernard G. Gladstone, Esquire<br>Robert Maclean, Esquire<br>503 Old Colony Bank Building<br>Providence, Rhode Island 02903 | Same as A-19 above (Gidley) |

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 62 -- In re Oral Contraceptives Products Liability Litigation

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ✓ G. D. SEARLE & CO. | A-1, 2, 3, 4, 5, 6 through 20; B-1, 2, 3 |
| ✓ PARK DAVIS & CO. | A-2 |
| ✓ SYNTEX LABORATORIES, INC. | A-12 |
| ✓ PLANNED PARENTHOOD OF NEW YORK CITY, INC. | A-13 |
| ✓ MEAD JOHNSON LABORATORIES (DIV. OF MEAD JOHNSON & CO.) | A-15 |
| ✓ ORTHO PHARMACEUTICAL CORP. | A-16 & 17 |
| ~~PLANNED PARENTHOOD ASSOCIATION OF CINCINNATI~~ | A-18 |
| ✓ PLANNED PARENTS ASSOCIATION OF CINCINNATI | A-18 |